IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | CIVIL ACTION NO. MDL 875 |

This Document Relates to:

| | | |
|---|---|---|
| Truett George Bryant; | ) | EDPA C/A No. 2:07-cv-64481 |
| Walter Lilly Burns and Fannil Lee Burns, spouse; | ) | WDNC C/A No. 3:98CV548-T |
| William Jefferson Burton and | ) | |
| Jeanette Burton, spouse; | ) | |
| Mason Boyle Harrington and | ) | |
| Frances Nealie Harrington, spouse; | ) | |
| Julius T. Hinson and | ) | |
| Carrie Grooms Hinson, spouse; | ) | |
| Lina McCollum, in her own right and as | ) | |
| Executrix of the Estate of | ) | |
| Bobby Everette McCollum; | ) | |
| Mildred Mauney, in her right and as Executrix | ) | |
| of the Estate of William Murphy Mauney; | ) | |
| Charles Bascom Privette; | ) | |
| Ottis D. Steinback; | ) | |
| William Angus Stogner; | ) | |
| William Sanford Walden and | ) | |
| Clara Louise Pressley Walden, spouse; | ) | |
| Roy Redwine Yow and Mitchlene Yow, spouse; | ) | |
| Robert Berry and Betty B. Berry, spouse; | ) | |
| David Lawrence Carter and | ) | |
| Martha Norton Carter, spouse; | ) | |
| Elease Q. Davis, in her own right and as | ) | |
| Executrix of the Estate of Sam Willie Davis; | ) | |
| William Roscoe Galbreath; | ) | |
| Harris Benjamin Grissom and | ) | |
| Virginia B. Grissom, spouse; | ) | |
| Neil Alexander Hatley and Frances Hatley, | ) | |
| spouse; | ) | |
| Mary L. Hicks, in her own right and as Executrix | ) | |
| of the Estate of Robert Lee Hicks; | ) | |
| Paul Taylor Hoskins and | ) | |
| Catherine M. Hoskins, spouse; | ) | |
| Worth Levon Long and Gwendolyn Long, spouse; | ) | |
| William Edward Preast and | ) | |
| Thelma P. Preast, spouse; | ) | |
| Major Lee Price and Cornelia Price, spouse; | ) | |

```
Silas Lambert Ray and Eva Lou Ray, spouse;   )
Gus Beverly Shelton, Jr. and                 )
Margaret Fields Shelton, spouse,             )
                                             )
                Plaintiffs,                  )
                                             )
        vs.                                  )
                                             )
ACandS, Inc., et al.,                        )
                                             )
                Defendants.                  )
                                             )
```

## MOTION AND ORDER TO TRANSFER TO "BANKRUPT's ONLY" DOCKET

Plaintiffs hereby submits to the Court, in accordance with this Court's Administrative Order No. 12, that the only remaining claims in this action are against defendants in bankruptcy and that the defendant wishes at this time to pursue those claims through the bankruptcy claim process.

Plaintiffs therefore move that this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiffs understand that should there be a change of circumstances; the Plaintiffs may, upon compliance with Administrative Order No. 12, petition the Court to have this action reinstated against certain defendants.

Plaintiffs further understand that it their responsibility to submit a final dismissal order to this Court when all claims have been resolved.

s/ Janet Ward Black
Janet Ward Black (09/02/2009)
NC Bar No. 12869
Attorneys for Plaintiff
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, North Carolina 27401
Tel. No. 336/273-3812
jwblack@wardblacklaw.com

Eduardo C. Robreno
Presiding Judge (9/13/09)
UNITED STATES DISTRICT COURT